# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANIMALSCAN, LLC,** : | **CIVIL ACTION NO. 3:18-2288** |
| **Plaintiff** : | |
| : | **(JUDGE MANNION)** |
| **v.** : | |
| **LIVE OAK VETERINARY SPECIALISTS, LLC,** *et al.*, : | |
| **Defendants** : | |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** LOVS defendants' motion to dismiss, **(Doc. 6)**, all of the claims, Counts I-VI, against them in plaintiff's complaint, **(Doc. 2)**, is **DENIED IN ITS ENTIRETY**;

**(2)** LOVS defendants are directed to file their answer to Counts I-VI of plaintiff's complaint within **14 days** of the date of this Order; and

**(3)** Plaintiff is directed to file a status report regarding

defendants Covert Aire and Covert within **14 days** of

the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 13, 2019**

18-2288-01-ORDER.wpd